IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV316 |
| | ) | |
| V. | ) | |
| | ) | |
| KENNETH SEELEY, EILEEN | ) | ORDER |
| SEELEY, JAMES FONTANO, as | ) | |
| trustee of KEA Trust, and HOLT | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant James Fontano, as Trustee of KEA Trust, has filed a motion requesting leave to file an answer out of time. (Filing 12.) Although the motion is unopposed, the Court is unable to grant the requested relief at this time. A non-attorney trustee, such as Mr. Fontano, may not represent a trust *pro se*, that is, without the assistance of counsel. *See Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994). Therefore, Mr. Fontano must obtain counsel to act on behalf of the KEA Trust before the Court grants the requested relief.

Accordingly,

**IT IS ORDERED** that Defendant James Fontano as Trustee of KEA Trust's Motion to File After Deadline and for Extension of Time to File a Responsive Pleading (filing 12) is denied without prejudice to reassertion following retention of counsel.

**DATED October 7, 2015.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge