IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV316 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH SEELEY; EILEEN SEELEY; JAMES FONTANO as Trustee of KEA TRUST, and HOLT COUNTY, NEBRASKA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation between the United States and Holt County (Filing No. 17). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. All terms and conditions are in effect as if fully set forth herein.

DATED this 2nd day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court