UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 8:15CV316-LES-TDT |
| KENNETH SEELEY, | ) |
| EILEEN SEELEY, | ) |
| JAMES FONTANO as trustee of KEA TRUST, | ) |
| and HOLT COUNTY, NEBRASKA, | ) |
| Defendants. | ) |

### ORDER APPROVING STIPULATION BETWEEN THE UNITED STATES, KENNETH SEELEY, AND EILEEN SEELEY

This matter is before the Court on the Stipulation Between the United States, Kenneth Seeley, and Eileen Seeley (Filing No. 30). The Court finds the Stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The Stipulation is approved and adopted.

2) Paragraphs 111 and 113 are struck from Kenneth Seeley's Answer (Filing No. 15).

3) Paragraphs 109, 112, and 114 are struck from Eileen Seeley's Answer (Filing No. 14).

4) All terms and conditions are in effect as if fully set forth herein.

DATED this 4th day of January, 2016.
.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court

*Submitted and approved by:*

/s/Harris J. Phillips
HARRIS J. PHILLIPS
Massachusetts Bar #: 675603
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1906
Fax: (202) 514-6770
Harris.J.Phillips@usdoj.gov
*Attorney for the United States*

/s/Bonnie M. Boryca
(electronic signature affixed with consent)
BONNIE M. BORYCA, #24886
Erickson Sederstrom, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
(402) 397-2200
boryca@eslaw.com
*Attorney for Defendants Kenneth Seeley and Eileen Seeley*